| | |
|---|---|
| BARRIOS INVESTMENTS, LLC | NO. 23-CA-155 |
| VERSUS | FIFTH CIRCUIT |
| LINH TRAN | COURT OF APPEAL |
| | STATE OF LOUISIANA |

March 27, 2024

Susan Buchholz
Chief Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Fredericka Homberg Wicker,
Jude G. Gravois, and Marc E. Johnson

## REHEARING GRANTED WITH REASONS

**MEJ**
**FHW**
**JGG**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Susan S. Buchholz
Chief Deputy, Clerk of Court

**JOHNSON, J.**

Appellee/Plaintiff, Barrios Investments, LLC ("Barrios Investments"), has filed an application for rehearing in this matter concerning the notice of intent to obtain a default judgment analysis in our original opinion rendered on December 20, 2023. This Court found that, pursuant to La. C.C.P. art. 1702(A)(4), Barrios Investments was required to send Appellant/Defendant, Linh Tran, notice that it intended to obtain a default judgment through regular mail. Upon review, we find merit to Barrios Investments' application for rehearing. We agree that we concluded, in error, that Barrios Investments was required to comply with La. C.C.P. art. 1702(A)(4) for this action, and we have corrected the appropriate portions of the analysis in the opinion.

Accordingly, we grant the rehearing application for the reasons stated in the analysis of the corrected opinion rendered on March 20, 2024.

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **03/27/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**23-CA-155**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Stephen C. Grefer (District Judge)
James E. Uschold (Appellee)        Mark J. Boudreau (Appellee)        Connie P. Trieu (Appellant)

### MAILED

Paul W. Pritchett (Appellee)
Attorney at Law
700 Camp Street
Suite 317
New Orleans, LA 70130